UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

James Stile

        v.                     Civil No. 13-cv-71-PB

Strafford County Department of
Corrections, et al

O R D E R

After due consideration of the response filed, I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated August 7, 2013.

The plaintiff has not filed an amended complaint as ordered to do so, if no amended complaint is filed within 14 days of this order, the complaint will be dismissed.

SO ORDERED.

                                             /s/ Paul Barbadoro
                                             Paul Barbadoro
                                             United States District Judge

Date: October 21, 2013

cc: James Stile, Pro se